```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-2:10-0391 JAM |
| Plaintiff, | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| FAUSTO DIAZ LOZANO, | |
| Defendant. | |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, and defendant, FAUSTO DIAZ-LOZANO, through his attorney of record, John E. Virga, Attorney at Law, hereby stipulate and agree that the status conference set for May 24, 2011, be continued to June 7, 2011, at 9:30 a.m.

The parties are working on a resolution, and counsel needs additional time for preparation.  Therefore, the parties have agreed and respectfully request that the Court set the date of

1

1 | June 7, 2011, at 9:30 a.m., for the status conference.
2 | Accordingly, the parties stipulate that time be excluded
3 | pursuant to 18 U.S.C. § 3161(h)(7)(F) and Local Code T4, to give
4 | the defendants time to further review the discovery and to
5 | adequately prepare.

IT IS SO STIPULATED.

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

Dated: May 23, 2011                By:   /s/ Michael M. Beckwith
                                                      MICHAEL M. BECKWITH
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

DATED: May 23, 2011                By:   /s/ John E. Virga
                                                        JOHN E. VIRGA
                                                     Attorney for Defendant
                                                     FAUSTO DIAZ-LOZANO

**ORDER**

For the reasons stated above, the status conference in case number CR. S-2:10-0391 JAM, currently set for May 24, 2011, is continued to June 7, 2011; and the time beginning May 24, 2011, and extending through June 7, 2011, is excluded from the calculation of time under the Speedy Trial Act for effective defense preparation. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)and Local Code T4.

IT IS SO ORDERED.

DATED: 5/23/2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE