BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR S 2:10-0391 JAM |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) RESETTING TRIAL CONFIRMATION HEARING |
| v. | ) AND EXCLUDING TIME UNDER THE |
| | ) SPEEDY TRIAL ACT |
| | ) |
| FAUSTO DIAZ-LOZANO, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Fausto Diaz-Lozano, through his counsel of record, Clemente M. Jimenez, hereby stipulate and agree that the Trial Confirmation Hearing set for April 10, 2012, be continued to April 17, 2012, at 9:30 a.m. *and that the time beginning April 10, 2012, and extending through April 17, 2012, be excluded from the calculation of time under the Speedy Trial Act.* 18 U.S.C. § 3161. The exclusion of time is appropriate due to the defense counsels need to prepare. 18 U.S.C. § 3161(h)(8)(B)(ii) and (iv); Local Code

1

T4. A continuance is necessary in this case in order to ensure defense counsel has a reasonable amount of time to review the evidence given the limitations imposed by Congress. It's also necessary to ensure defense counsel's effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4.

IT IS SO STIPULATED.

|  |  |  | BENJAMIN B. WAGNER<br>United States Attorney |
|---|---|---|---|
| Dated: April 13, 2012 |  | By: | /s/Michael M. Beckwith<br>MICHAEL M. BECKWITH<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| DATED: April 13, 2012 |  | By: | /s/ Clemente M. Jimenez<br>CLEMENTE M. JIMENEZ<br>Attorney for Defendant<br>FAUSTO DIAZ-LOZANO |

**ORDER**

UPON GOOD CAUSE SHOWN and by stipulation of all parties, it is hereby ordered that this matter be set for further status conference as set forth above.

The Court finds excludable time as set forth above to and including April 17, 2012.

**IT IS SO ORDERED.**

DATED: 4/13/2012
_____/s/ John A. Mendez_____
JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE