John Balazs, Bar # 157287
Attorney At Law
916 Second Street, Suite F
Sacramento, CA 95814
Tel: (916) 447-9299
John@Balazslaw.com
Sacramento, CA 95814

Attorney for Defendant
Fausto Diaz-Lozano

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:10-CR-0391-JAM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| Fausto Diaz-Lozano, | |
| Defendant. | |

On April 19, 2012, the Court held an in camera hearing re the status of counsel with the defendant Fausto Diaz-Lozano and his then-counsel Clemente Jiminez.

Defendant Diaz-Lozano, through appellate counsel John Balazs, and the United States of America, through its counsel, Assistant U.S. Attorney Michael M. Beckwith, herby stipulate and request that the Court enter an order that the court reporter may transcribe and provide a copy of the transcript of this 4/19/12 in camera hearing to defense counsel John Balazs for purposes of appeal. The transcript shall otherwise remain sealed until further order of the Court.

To the extent Diaz-Lozano relies on the transcript in prosecuting his appeal, he will move to unseal the transcript and provide access to the transcript to government's counsel.

1

Respectfully submitted,

Dated: April 15, 2014	/s/ John Balazs
JOHN BALAZS

Attorney for Defendant
FAUSTO DIAZ-LOZANO

Dated: April 15, 2014	BENJAMIN B. WAGNER
U.S. Attorney

By:	/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 15, 2014

/s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Court Judge