JOHN BALAZS, Bar #157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
John@Balazslaw.com

Attorney for Defendant
FAUSTO DIAZ-LOZANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FAUSTO DIAZ-LOZANO,<br><br>　　　　　Defendant. | No. 2:10-CR-0391-JAM<br><br>STIPULATION AND ORDER<br><br>Resentencing Hearing:<br>Date: June 20, 2017<br>Time: 9:15 a.m.<br>Hon. John A. Mendez |

　　　　Defendant Fausto Diaz-Lozano, through counsel, and plaintiff United States, through counsel, stipulate and request that the Court extend the due date for the parties simultaneous Re-Sentencing Memoranda one week from June 6, 2017 to June 13, 2017. The reason for this request is that U.S. Probation Officer Lynda Moore expects to submit a memorandum updating the presentence report by June 9, 2017, so the parties would be able to review the update before submitting their respective sentencing papers.

　　　　///

　　　　///

1

The parties also request that the resentencing hearing remain on June 20, 2017.

Respectfully submitted,

Dated: June 2, 2017

/s/ John Balazs
JOHN BALAZS
Attorney for Defendant
FAUSTO DIAZ-LOZANO


PHILLIP TALBERT
U.S. Attorney

Dated:  June 2, 2017

By:  /s/ Michael Beckwith
Michael Beckwith
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES

## **ORDER**

IT IS SO ORDERED.

Dated: June 5, 2017


/s/ John A. Mendez
Hon. John A. Mendez
U.S. District Court Judge